AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| | ) | CR26-073 JNW |
| KRISTIAN MICHAEL SIGFUSSON | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Kristian Michael Sigfusson    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)C), and 846 - Conspiracy to Distribute Controlled Substances

Date:    04/28/2026

_____
*Issuing officer's signature*

City and state:    Seattle, Washington

Stefanie Prather, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4-30-26 , and the person was arrested on *(date)* 4-30-26 at *(city and state)* Burlington, WA . |
| Date: 4-30-26 |
| _____ *Arresting officer's signature* |
| John G Bouyer - Special Agent _____ *Printed name and title* |